## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Stacy M. Grisolia                                    CHAPTER 13

                Debtor(s)

BKY. NO. 22-10331 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE
AGENCY and index same on the master mailing list.

                Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
08 Mar 2022, 10:55:32, EST

            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322