**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  STACY  M. GRISOLIA | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | CASE NO. 22-10331 |

**WITHDRAWAL AND ENTRY OF APPEARANCE FOR DEBTOR**

To the Clerk:

Please note my WITHDRAWAL as counsel for Debtor, Stacy  M. Grisolia.

April 5, 2022                                        YOUNG, MARR, MALLIS & DEANE

/s/ Cameron Deane
Cameron Deane, Esquire
3554 Hulmeville Road, Suite 102
Bensalem PA  19020
215-639-5297
Fax 215-639-1344
support@ymalaw.com


To the Clerk:

Kindly enter my APPEARANCE as counsel for Debtor, Stacy  M. Grisolia.

April 5, 2022                                        YOUNG, MARR, MALLIS & DEANE

/s/ Paul H. Young
Paul H. Young, Esquire
3554 Hulmeville Road, Suite 102
Bensalem PA  19020
215-639-5297
Fax 215-639-1344
support@ymalaw.com