# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-10331-MDC

STACY   M. GRISOLIA

1257 RADCLIFFE STREET

BRISTOL, PA 19007

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  STACY   M. GRISOLIA

  1257 RADCLIFFE STREET

  BRISTOL, PA 19007

Counsel for debtor(s), by electronic notice only.

  CAMERON DEANE
  YOUNG, MARR & ASSOCIATES, LLC
  3554 HULMEVILLE ROAD, SUITE 102
  BENSALEM, PA 19020-

Date: 5/19/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee