# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          Chapter 13

STACY   M. GRISOLIA             Bankruptcy No. 22-10331-MDC

1257 RADCLIFFE STREET

BRISTOL, PA 19007

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    STACY   M. GRISOLIA

    1257 RADCLIFFE STREET

    BRISTOL, PA 19007

**Counsel for debtor(s), by electronic notice only.**
    CAMERON DEANE
    YOUNG, MARR & ASSOCIATES, LLC
    3554 HULMEVILLE ROAD, SUITE 102
    BENSALEM, PA 19020-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 5/24/2022                                                                              /s/ Kenneth E. West

                                                                     _____
                                                                     Kenneth E. West, Esquire
                                                                     Chapter 13 Standing Trustee