United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10331-mdc |
| Stacy M. Grisolia | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 14, 2022 | Form ID: pdf900 | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stacy M. Grisolia, 1257 Radcliffe Street, Bristol, PA 19007-5327 |
| 14668625 | ++ | BKNOTICES, ATTN COMPLIANCE DEPT, 330 S WARMINSTER RD, SUITE 353, HATBORO PA 19040-3433 address filed with court:, FBCS, 330 S. Warminster Road, Suite 353, Hatboro, PA 19040 |
| 14668615 | + | Bristol Borough Water & Sewer Authority, 250 Pond St., Bristol, PA 19007-4937 |
| 14668627 | + | Health Network Laboratories, PO Box 8500, Lockbox #9581, Philadelphia, PA 19178-0001 |
| 14674719 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14674776 | + | Pennsylvania Housing Finance Agency, c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14668636 | + | Recon Ortho Assoc II PC, PO Box 757910, Philadelphia, PA 19175-7910 |
| 14668637 | + | Rushmore Service Center, PO Box 5507, Sioux Falls, SD 57117-5507 |
| 14668643 | + | The CBE Group, Inc., Payment Processing Center, PO Box 2038, Waterloo, IA 50704-2038 |
| 14668646 | + | Trident Asset Management, 53 Perimeter Center East, Atlanta, GA 30346-2230 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 14 2022 23:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 14 2022 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 14 2022 23:44:16 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14668625 | | Email/Text: bknotices@fbcs-inc.com | Jul 14 2022 23:41:00 | FBCS, 330 S. Warminster Road, Suite 353, Hatboro, PA 19040 |
| 14669324 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2022 23:44:13 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14668619 | | Email/Text: bankruptcy@cavps.com | Jul 14 2022 23:42:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 14668617 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2022 23:44:12 | Cardworks/CW Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14668616 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2022 23:44:13 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14668618 | + | Email/Text: bankruptcy@cavps.com | Jul 14 2022 23:42:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14669174 | + | Email/Text: bankruptcy@cavps.com | Jul 14 2022 23:42:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |

Case 22-10331-mdc   Doc 32   Filed 07/16/22   Entered 07/17/22 00:27:45   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 14, 2022 | Form ID: pdf900 | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| 14668620 | + | Email/Text: compliance@chaserec.com | Jul 14 2022 23:42:00 | Chase Receivables, 1247 Broadway, Sonoma, CA 95476-7503 |
| 14668621 | + | Email/Text: documentfiling@lciinc.com | Jul 14 2022 23:41:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 14668622 | ^ | MEBN | Jul 14 2022 23:36:06 | Debt Recovery Solution, Attention: Bankruptcy, 6800 Jericho Turnpike Ste 113e, Syosset, NY 11791-4401 |
| 14668623 | ^ | MEBN | Jul 14 2022 23:36:05 | Debt Recovery Solution, 6800 Jericho Turnpike, Syosset, NY 11791-4401 |
| 14668624 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 14 2022 23:42:00 | EOS CCA, PO Box 981025, Boston, MA 02298-1025 |
| 14668626 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 14 2022 23:44:08 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14682036 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 14 2022 23:41:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14670481 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2022 23:44:08 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14668628 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2022 23:42:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14668629 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2022 23:42:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14680048 | + | Email/Text: ecfbankruptcy@progleasing.com | Jul 14 2022 23:42:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14668630 | + | Email/Text: ngisupport@radiusgs.com | Jul 14 2022 23:41:00 | Northland Group, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14669080 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 14 2022 23:44:12 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14668918 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 14 2022 23:44:08 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14683730 | + | Email/Text: blegal@phfa.org | Jul 14 2022 23:42:00 | PHFA, 211 North Front St., Harrisburg, PA 17101-1466 |
| 14668634 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2022 23:44:12 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14668633 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2022 23:44:08 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14668635 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2022 23:44:12 | Portfolio Recovery Associates, PO BOx 12914, Norfolk, VA 23541 |
| 14668631 | + | Email/Text: blegal@phfa.org | Jul 14 2022 23:42:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 14668632 | + | Email/Text: blegal@phfa.org | Jul 14 2022 23:42:00 | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14684041 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 14 2022 23:42:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14675910 | | Email/Text: bnc-quantum@quantum3group.com | Jul 14 2022 23:42:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14668638 | + | Email/Text: bankruptcy@savit.com | Jul 14 2022 23:42:00 | Savit Coll, Po Box 250, East Brunswick, NJ 08816-0250 |
| 14668639 | + | Email/Text: bankruptcy@sccompanies.com | Jul 14 2022 23:42:00 | Seventh Avenue, Seventh Avenue, Inc, 1112 7th Ave, Monroe, WI 53566-1364 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 14, 2022 | Form ID: pdf900 | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| 14668640 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Jul 14 2022 23:42:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14671751 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Jul 14 2022 23:44:07 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14668642 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Jul 14 2022 23:42:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14668641 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Jul 14 2022 23:42:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 14668644 | | Email/Text: bknotices@totalcardinc.com | | |
| | | | Jul 14 2022 23:42:00 | Total Card, Inc., PO Box 89725, Sioux Falls, SD 57109-9725 |
| 14668645 | ^ | MEBN | | |
| | | | Jul 14 2022 23:35:57 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 14682472 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | | Jul 14 2022 23:44:07 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107 |
| 14668648 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Jul 14 2022 23:41:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14668647 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Jul 14 2022 23:41:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 16, 2022          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com   philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com   philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Stacy M. Grisolia support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| REBECCA ANN SOLARZ | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 14, 2022 | Form ID: pdf900 | Total Noticed: 52 |

                    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
                    rsolarz@kmllawgroup.com

United States Trustee

                    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    Chapter 13
STACY   M. GRISOLIA


                  Debtor          Bankruptcy No. 22-10331-MDC

# ORDER

**AND NOW**, this ___14th___ day of _____July_____ 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.


_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
CAMERON DEANE
YOUNG, MARR & ASSOCIATES, LLC
3554 HULMEVILLE ROAD, SUITE 102
BENSALEM, PA 19020-


Debtor:
STACY   M. GRISOLIA

1257 RADCLIFFE STREET

BRISTOL, PA 19007